Form 159BNC  (Revised 12/01/2007)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 10−09281−hb                          Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
First National Bancshares, Inc
215 N. Pine St.
Spartanburg, SC 29302

EIN: 58−2466370

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

| Filed By The Court |
|---|
| **3/28/11**
Tammi M. Hellwig
Clerk of Court
US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below within:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who do not file a proof of claim within the above time may not share in any distribution from the debtor's estate.

The proof of claim form is attached to this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

FILE CLAIM/INTEREST WITH THE CLERK
United States Bankruptcy Court
J. Bratton Davis United States Bankruptcy Courthouse
ATTN: Claims Clerk
1100 Laurel Street
Columbia, SC 29201−2423

Tammi M. Hellwig
Clerk of Court
United States Bankruptcy Court
J. Bratton Davis United States Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Columbia, South Carolina
3/28/11

Document 32